UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20239-CR-Martinez

UNITED STATES OF AMERICA

vs.

JUAN CARLOS RODRIGUEZ ESPINOSA,

    Defendant.
_____/

## FACTUAL PROFFER

The parties agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which JUAN CARLOS RODRIGUEZ ESPINOZA (the "Defendant") accepts as true and accurate:

The Defendant was the owner and operator of Rapid Export Services, LLC, ("Rapid Export") a freight forwarding company in Miami, Florida. From in or around March 2016 through in or around May 2016, the Defendant received, in Miami, Florida, 13 containers of alcohol and cigarettes that were originally shipped from Panama. The Defendant arranged for the 13 containers to be held "in bond" at a bonded warehouse operated by Double Ace Cargo, Inc. ("Double Ace"), a freight forwarding company. Subsequently, Double Ace, at the Defendant's request, exported the 13 containers to the Dominican Republic.

Before Double Ace exported the 13 containers to the Dominican Republic, the Defendant, based on instructions he received from his client in the Dominican Republic, instructed employees at Double Ace to change the commodity description on the outgoing bills of lading. The Defendant instructed the employees at Double Ace to change the commodity description to the following commodities: paper, raw material, synthetic textiles or hospital supplies (as opposed to cigarettes and alcohol). The Defendant acted with the intent to conceal the nature of the goods from the customs authorities in the Dominican Republic. The Defendant knew that providing false information on the bills of lading was contrary to the laws and regulations of the United States, specifically Title 49, United States Code, Section 80116.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Court Exhibit #1

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for the charges against the Defendant. It does not include all of the facts concerning criminal activity alleged in the Information. The Defendant acknowledges that he is in fact guilty of the crimes charged.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 6/12/19      By: *Yisel Valdes*
YISEL VALDES
ASSISTANT UNITED STATES ATTORNEY

Date: 5/22/19     By: _____
GEORGE PALLAS
ATTORNEY FOR DEFENDANT

Date: 5/22/19     By: _____
JUAN CARLOS RODRIGUEZ ESPINOZA
DEFENDANT